UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 18-cv-04771 |
| | ) |
| | ) Honorable Manish S. Shah |
| WARWICK CHICAGO CORPORATION, | ) |
| d/b/a WARWICK ALLERTON HOTEL | ) |
| CHICAGO, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant WARWICK CHICAGO CORPORATION d/b/a WARWICK ALLERTON HOTEL CHICAGO, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                                WARWICK CHICAGO CORPORATION d/b/a
                                            WARWICK ALLERTON HOTEL CHICAGO


By: /s/ *Marshall J. Burt*                  By: */s/ David E. Cohen*
    Counsel for Plaintiff                       Counsel for Defendant

Marshall J. Burt, Esq.                      David E. Cohen, Esq.
The Burt Law Group, Ltd.                    Fisher Cohen Waldman Shapiro, LLP
77 W. Washington, Ste 1300                  1247 Waukegan Road, Suite 100
Chicago, IL 60602                           Glenview, Illinois 60025
(312) 419-1999                              (312) 606-3451
Marshall@mjburtlaw.com                      DCohen@fishercohen.com